UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| PAULA J. KARAS | ) | |
| | ) | |
| v. | ) | C.A. 11-164M |
| | ) | |
| STATE OF RHODE ISLAND | ) | |

## ORDER

The Findings and Recommendation of United States Magistrate Judge David L. Martin dated May 25, 2011 in the above-captioned matter is accepted pursuant to Title 28 United States Code § 636(b)(1). The Plaintiff's Motion to proceed in forma pauperis is denied and the Complaint is dismissed pursuant to 28 U.S.C. § 1915(a)(2).

BY ORDER:

_/s/ John J. McConnell, Jr._
John J. McConnell, Jr.
U.S. District Judge
June 21, 2011